UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUETA Y. BLAND, | No. 2:24-cv-02346 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| KEVIN KANDOW, | |
| Defendant. | |

Plaintiff is proceeding in this action in pro se, and the case was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). This action was removed from San Joaquin County Superior Court on August 28, 2024. ECF No. 1. On September 6, 2024, defendant filed a motion to dismiss, set to be heard on November 6, 2024. ECF No. 5. Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, that deadline was September 20, 2024. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of November 6, 2024 is VACATED to be re-set as necessary. Plaintiff shall show cause, in writing, within 14 days, why her failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails

1 | to respond, the undersigned will recommend that this case be dismissed for failure to prosecute
2 | pursuant to Local Rule 110.
3 |     IT IS SO ORDRED.
4 | DATED: October 1, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE