1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROQUETA Y. BLAND,                    No.  2:24-cv-02346 DC-AC (PS)

12                Plaintiff,

13         v.                              ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS
14    KEVIN KANDOW,
                                           (Doc. Nos. 5, 10)
15                Defendant.

16

17         Plaintiff is proceeding in this action in *pro se*. This matter was referred to a United States

18    Magistrate Judge pursuant to Local Rule 302(c)(21).

19         On January 2, 2025, the assigned magistrate judge issued findings and recommendations,

20    which were served on all parties and contained notice to all parties that any objections to the

21    findings and recommendations were to be filed within twenty-one days. (Doc. No. 10.)

22         On January 22, 2025, Plaintiff filed objections to the findings and recommendations.

23    (Doc. No. 11.) Defendant filed a response thereto on February 6, 2025. (Doc. No. 12.) Plaintiff's

24    objections do not provide a basis upon which to reject the magistrate judge's findings and

25    recommendations.

26         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

27    court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

28    court finds the findings and recommendations to be supported by the record and by proper

1

1   analysis.

2        Accordingly, IT IS HEREBY ORDERED that:

3        1.    The findings and recommendations, (Doc. No. 10), filed January 2, 2025 are

4              ADOPTED in full;

5        2.    Defendant's motion to dismiss for lack of subject matter jurisdiction, (Doc No. 5),

6              is GRANTED; and

7        3.    The Clerk of the Court is directed to close this case.

8

9        IT IS SO ORDERED.

10   Dated:   **September 29, 2025**

                                          Dena Coggins
11                                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2